M. D. Levy and S. D. Levy, Copartners, Doing Business, etc., v. Emerson Steuben Mills, Inc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of Hortense Danaher against William A. Courtney, President, and Others, Constituting the Board of Child Welfare of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Townley and Untermyer, JJ.

John W. Raffaelli v. Loew's, Inc., and Others, Impleaded with Michael Kennedy, Jr.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of George A. Platto for Letters of Administration, etc., of Mae P. Fischer, Deceased. In the Matter of the Application of Milton E. Mermelstein for Ancillary Letters of Administration of the Goods, etc., of Mae P. Fischer, Late of Indian Lake, Denville, State of New Jersey, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley and Glennon, JJ.

Sidney S. Berkowitz v. The Mengel Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Blanche R. Jothann and Paul Jothann v. Irving Trust Company.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

In the Matter of the Application of John J. Graham against Thomas W. Hammond, as Commissioner of the Sanitation Department of the City of New York.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of 2075 Daly Avenue, Inc., for a Peremptory Order of Mandamus against Patrick J. Reville, as Commissioner of Buildings of the Borough of Bronx, City of New York.— Motion granted. Settle order on notice. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

Hyman Finkelstein v. Metropolitan Life Insurance Company.— Motion for leave to appeal to the Court of Appeals granted. Motion for a reargument denied. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [See ante, p. 686.]

Joshua McDonald McLean v. Harold D. Rouse and Another. Gwendolyn McLean v. Harold D. Rouse and Another.— Motion granted. Order resettled. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of Albert Woodruff Gray, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of Joseph G. Turbin (Also Known as J. George Turbin), an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.